**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

FILED

Dec 17  1 25 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------------------------------X

CHRISTOPHER T. ANGLE,

        Plaintiff,

    -against-

MORGAN STANLEY DW INC.,

        Defendant.

------------------------------------------------------------X

3:03 CV 0133 (JBA)

**DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO RECOMMENDED RULING ON DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 72(b), Defendant Morgan Stanley DW Inc. (hereinafter "Morgan Stanley"), by and through its attorneys, Morgan, Lewis & Bockius LLP, Law Offices of Anthony Minchella, L.L.C. and Zeldes, Needle & Cooper, P. C., hereby responds to Plaintiff's Objection to Recommended Ruling on Defendant's Motion to Dismiss and Motion to Amend the Complaint in the above-captioned case.

After a careful reading of Plaintiff's Objection to the Recommended Ruling, it is clear that his objections merely restate and elaborate on the same arguments Plaintiff made in his Opposition to Defendant's Motion to Dismiss, Surreply Memorandum of Law in further opposition to Defendant's Motion to Dismiss, his Motion to Amend the Complaint and his Reply in Further Support of Motion to Amend the Complaint. These restatements and elaborations are effectively the same arguments that Plaintiff made in his previous pleadings, and therefore require no further response on the part of the Defendant. Accordingly, Defendant respectfully

requests that the Court rely on the papers Defendant filed in connection with both motions and that it adopt the well-reasoned recommendations of the Magistrate Judge, dismissing this action with prejudice.

## CONCLUSION

For all the reasons stated above and in the Recommended Ruling on Defendant's Motion to Dismiss and Plaintiff's Motion to Amend the Complaint, Defendant respectfully requests that this Court adopt the Magistrate's Recommended Ruling.

Dated: December 10, 2003
New Haven, Connecticut

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Debra Morway (CT-20592)

101 Park Avenue
New York, New York 10178
dmorway@morganlewis.com
(212) 309-6000

LAW OFFICES OF ANTHONY R. MINCHELLA, L.L.C.
Anthony R. Minchella (CT-18890)
530 Middlebury Road, Suite 212-213B
Middlebury, Connecticut 06762
anthonyminchella@sbcglobal.net
(203) 758-1069

ZELDES, NEEDLE & COOPER
Sarah Poston
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06604
sposton@znclaw.com
(203) 333-9441

ATTORNEYS FOR DEFENDANT
MORGAN STANLEY DW, INC.

2

## CERTIFICATE OF SERVICE

      I hereby certify that I caused to be served a true and correct copy of Defendant's Opposition to Plaintiff's Motion to Amend the Complaint via United States mail, on this 16th day of December, 2003, on:

>Christopher Angle
>19 Topledge Road
>Redding, CT 06896
>
>Plaintiff, Pro Se

I affirm that the foregoing statements are true, under penalty of perjury.

_____
Anthony Minchella (CT-18890)