## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF CONNECTICUT

CHRISTOPHER T. ANGLE,

PLAINTIFF,

V.                                          3:03cv133 (JBA)
                                        DATE: Feb. 4th, 2004

MORGAN STANLEY DW, INC.,

DEFENDANT

### Plaintiff's Motion For Oral Argument

The Plaintiff, Christopher Angle, moves the court to hear Oral Arguments Regarding

Plaintiff's Objection To Magistrate's Recommended Ruling on Defendant's Motion To

Dismiss.

Plaintiff asserts that this is a complex issue of statutory construction in which other federal courts have reached opposite conclusions. If the Magistrate's decision is allowed to stand it will result in a split of authority on this issue within the Second Circuit. Prior to allowing the creation of such a split this issue is entitled to the type of searching analysis and debate which can only come with oral argument.

The Plaintiff,

Christopher Angle, Pro Se
19 Topledge Road
Redding, CT 06896
(203) 938-3437

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent via first class mail, on this date to:

> Debra Morway
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, NY 10178
> dmorway@morganlewis.com
> 212/309-6000

Dated: February 4th, 2004

Christopher Angle