31

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CHRISTOPHER T. ANGLE,

PLAINTIFF,

V.

3:03cv133 (JBA)
DATE: Feb. 4th, 2004

MORGAN STANLEY DW, INC.,

DEFENDANT

### Plaintiff's Motion For Oral Argument

The Plaintiff, Christopher Angle, moves the court to hear Oral Arguments Regarding Plaintiff's Objection To Magistrate's Recommended Ruling on Defendant's Motion To Dismiss.

---

2/19/04: Motion DENIED. The parties will be advised if and when oral argument is required.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

(Janet Bond Arterton, U.S.D.J.)