UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER T. ANGLE          :

v.                            :          Civil No.  3:03cv133 (JBA)

MORGAN STANLEY DW, INC.       :

**JUDGMENT**

This matter came on for consideration on defendant's motion to dismiss before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 16, 2004 , a Ruling  entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 21st day of September, 2004.

KEVIN F.  ROWE, CLERK


BY___/s/_____
      Betty J. Torday
       Deputy Clerk


EOD_____